# United States District Court
### EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 0 9 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Jose Carranza-Pompa | ) ) ) Case No. 1:15-CR-00347-3 ) ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Jose Carranza-Pompa_, have discussed with _Ryan Beckwith_, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6-9-17    _____ 6-9-17
Signature of Defendant       Date      Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ For MLA              6/9/17
Signature of Assistant United States Attorney     Date
Melanie Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        6/9/17
Signature of Defense Counsel                     Date
Marshall Hodgkins

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _6/9/17_.

[ ] The above modification of conditions of release is *not* ordered.

_____                        6/9/17
Signature of Judicial Officer                    Date

cc:  U.S. Attorney=s Office, Defense Counsel, Pretrial Services